

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00721-CV

**HARVEY V. RISIEN, LLC** and Harvey V. Risien,
Appellants

v.

**MISSARK INVESTMENTS GP, LLC**, Missark Investments LP, JH Design LP, and GM GP
Management, LLC,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15535
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellants' motion for an extension of time to file their brief is granted.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 19th day of November, 2018.

KEITH E. HOTTLE,
Clerk of Court